FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 04 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELLA C. McFARLIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) NO. 1:08-CV-0167-JOF |
| | ) |
| AMERIQUEST MORTGAGE | ) COMPLAINT |
| COMPANY, AMC MORTGAGE | ) |
| SERVICES, and CITI | ) JURY TRIAL DEMANDED |
| RESIDENTIAL LENDING, INC., | ) |
| | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby voluntarily dismisses the above-styled action without prejudice.

This 4th day of April, 2008.

_____
Donald S. Horace, Esq.
Attorney for Plaintiff
Georgia Bar No. 366730

Senior Citizens Law Project
Atlanta Legal Aid Society, Inc.
151 Spring Street, N.W.
Atlanta, Georgia 30303
Office Telephone: (404) 614-3986
Cell Telephone: (404) 213-6473
Facsimile: (404) 525-5710
dshorace@atlantalegalaid.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELLA C. McFARLIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 1:08-CV-0167 |
| ) | |
| AMERIQUEST MORTGAGE ) | COMPLAINT |
| COMPANY, AMC MORTGAGE ) | |
| SERVICES, and CITI ) | JURY TRIAL DEMANDED |
| RESIDENTIAL LENDING, INC., ) | |
| ) | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the Defendants by depositing a copy of this Notice of Voluntary Dismissal in the United States mail. The envelopes contained sufficient first-class postage and were addressed as follows:

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
3761 Venture Drive, Duluth, Georgia 30096

AMC Mortgage Services
1100 Town & Country Road, Suite 1100
Orange, California 92868

AMC Mortgage Services
c/o National Registered Agents, Inc.
3761 Venture Drive, Duluth, Georgia 30096

Citi Residential Lending, Inc.
1100 Town & Country Road, Suite 400
Orange, California 92868

Citi Residential Lending, Inc.
c/o Corporation Service Company
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092

This 4th day of April, 2008.

_____
Donald S. Horace, Esq.
Attorney for Plaintiff
Georgia Bar No. 366730

Senior Citizens Law Project
Atlanta Legal Aid Society, Inc.
151 Spring Street, N.W.
Atlanta, Georgia 30303
Office Telephone: (404) 614-3986
Cell Telephone:    (404) 213-6473
Facsimile:         (404) 525-5710
dshorace@atlantalegalaid.org